■ The People of the State of New York, Respondent, v Silah Simmons, Appellant. [649 NYS2d 897] —Judgment unani-

mously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Rape, 1st Degree.) Present—Lawton, J. P., Fallon, Wesley, Balio and Davis, JJ.